THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNIE SIMMONS, Appellant.

Submitted December 31, 2007; decided January 8, 2008

Reported below, 43 AD3d 133.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place,

Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.